IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-34142-H2-13 |
| **Joseph Ford, III** | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

## DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS AND REQUEST FOR HEARING

Joseph Ford, III opposes the Trustee's Motion to Dismiss filed on or about September 26, 2019.

Debtor plans to come current on plan payments and would like to request additional time.

Debtor requests a hearing.

Debtor requests that the Trustee's Motion to Dismiss be DENIED.

Respectfully submitted,
KEELING LAW FIRM

/s/Kenneth A. Keeling
Kenneth A. Keeling; TBN 11160500
Yolanda Gutierrez; TBN 24041028
Cristina Rodriguez; TBN 24049980
Rebecca Keeling; TBN 24083295
3310 Katy Freeway, Suite 200
Houston, Texas 77007
Tel: (713) 686-2222; Fax (713) 579-3058
legal@keelinglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all parties electronically or by U.S. First Class Mail on October 3, 2019.

| | | |
|---|---|---|
| United States Trustee | William E Heitkamp | Joseph Ford, III |
| 515 Rusk, Suite 3516 | 9821 Katy Freeway | 14343 Long Shadow Drive |
| Houston, TX 77002 | Suite 590 | Houston, TX 77015 |
| | Houston, TX 77024 | |

/s/Kenneth A. Keeling
KENNETH A. KEELING